

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-12-00401-CR

Trial Court Cause
Number:     969154

Style:     Elmer Ray Robinson

    **v** The State of Texas

Date motion filed[*]:     April 19, 2013

Type of motion:     Motion for extension of time to file Anders response

Party filing motion:     Pro se

Document to be filed:     Anders response

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:     May 1, 2013

     Number of previous extensions granted:     0

     Date Requested:

Ordered that motion is:

    ☒ Granted

       If document is to be filed, document due:   June 3, 2013

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Harvey Brown

      ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: May 1, 2013